■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE FRANKLIN COLLINS, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELESANO JOHN TROIANI, Appellant.— [In each action] Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the September Term, beginning September 6, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DE GRANDIS, FRANK DE FORTE and ERNEST ZUNDEL, Appellants.— Motion by appellants for an enlargement of time, granted; time enlarged to the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Nolan P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE DIBLIN, Appellant.— Motion by appellant for reconsideration of his motion, insofar as it pertains to his application for assignment of counsel, dismissed as academic, the appeal having been submitted to the court this day. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK NICHOLAS EHLERS, JR., Appellant.— On the court's own motion, the decision handed down October 31, 1960 (11 A D 2d 1070), is amended by striking out the designation of Edward J. Weber, Jr., Esq., as counsel to prosecute the appeal, and by designating Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, as such counsel. The appellant's time to perfect the appeal is further enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT FENZA, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO GALLOTTA, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER GUIDO, Appellant.— Motion by appellants for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. Motion for reargument, denied. Motion for leave to appeal to the Court of Appeals dismissed, without prejudice to an application to a Judge of the Court of Appeals or to a Justice of this court for certification that a question of law is involved which ought to be reviewed by the Court of Appeals, pursuant to subdivision 1 of section 520 of the Code of Criminal Procedure. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.